FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAIB SINGH RAY,<br><br>Petitioner,<br><br>v.<br><br>ALBERTO R. GONZALES, Attorney General,<br><br>Respondent. | No. 03-72501<br><br>Agency No. A75-306-989<br><br>ORDER |

Before: B. FLETCHER, GIBSON,* and BERZON, Circuit Judges.

The Opinion filed January 20, 2006, slip op. 783, and appearing at 2006 WL 147634, is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

---

\* The Honorable John R. Gibson, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.